**2013–0257.   Cardi v. Ohio Dept. of Commerce.**
Franklin App. No. 12AP–15, 2012-Ohio-6157.
  O'DONNELL, J., dissents.
  FRENCH, J., not participating.

**2013–0258.   State v. Crosby.**
Franklin App. No. 12AP–348, 2012-Ohio-6202.

**2013–0259.   McKenna v. Boyce.**
Muskingum App. No. CT 2012–0014, 2012-Ohio-5163.

**2013–0260.   Maynard v. Winters.**
Tuscarawas App. No. 2012 AP 05 0035, 2012-Ohio-6286.
  O'NEILL, J., dissents.

**2013–0262.   In re Name Change of J.C.H.S.**
Champaign App. No. 2012-CA-23, 2012-Ohio-6184.

**2013–0263.   Allen v. NVR, Inc.**
Butler App. No. CA2012–02–038, 2012-Ohio-6174.
  O'DONNELL, J., dissents.
  FRENCH, J., dissents and would accept the appeal on Proposition of Law No. IV.

**2013–0266.   Munroe Falls v. State Emp. Relations Bd.**
Summit App. No. 26330, 2012-Ohio-6212.

**2013–0269.   State v. Midlam.**
Highland App. No. 12CA2, 2012-Ohio-6299.

**2013–0273.   State v. Lomack.**
Licking App. No. 2012-CA-32, 2013-Ohio-5.

**2013–0282.   Mindlin v. Zell.**
Franklin App. No. 11AP–983, 2012-Ohio-3543.
  FRENCH, J., not participating.

**2013–0287.   Dodeka, L.L.C. v. Keith.**
Portage App. No. 2011-P-0043, 2012-Ohio-6216.

**2013–0289.   Silvey v. Washington Square Chiropractic Clinic.**
Geauga App. No. 2011-G-3047, 2012-Ohio-6214.

**2013–0290.   State v. Goff.**
Lawrence App. No. 11CA20, 2013-Ohio-42.
  O'CONNOR, C.J., dissents and would accept the appeal on Proposition of Law Nos. III and IV.
  KENNEDY, J., dissents and would accept the appeal on Proposition of Law Nos. I and III.

**2013–0292.   State v. Dortch.**
Franklin App. No. 12AP–125, 2012-Ohio-6196.
  O'NEILL, J., dissents.
  FRENCH, J., not participating.

**2013–0294.   Ball v. Stark.**
Franklin App. No. 11AP–177, 2012-Ohio-6228.
  PFEIFER, J., dissents.
  FRENCH, J., not participating.

**2013–0297.   State v. Padilla.**
Hamilton App. No. C–120186.

**2013–0306.   State v. Jackson.**
Cuyahoga App. No. 98157, 2012-Ohio-5885.

**2013–0308.   State v. Purdin.**
Adams App. No. 12CA944, 2013-Ohio-22.